IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

R.J. REYNOLDS TOBACCO COMPANY,

      Appellant,

                                   Case No.  5D23-84
v.                               LT Case No. 2008-CA-000403-DDXX-MA


KATHLEEN WYDRA,

      Appellee.
_____/

Decision filed May 9, 2023

Appeal from the Circuit Court
for Duval County,
Eric C. Roberson, Judge.

Charles R.A. Morse, of Jones Day, New York, NY, and Jason T. Burnette, of Jones Day, Atlanta, GA, and Marie A. Borland and Troy A. Fuhrman, of Hill Ward Henderson, Tampa, for Appellant.

Richard J. Lantinberg and Allen Jay Plotkin, of Jax Litigation Group PA, Jacksonville, and Charlie E. Farah, Jr., and Eddie Farah, of Farah & Farah, P.A., Jacksonville, and Rodney W. Smith and Dawn M. Vallejos-Nichols, of Avera & Smith LLP, Gainesville, and Thomas J. Seider, of Brannock Berman & Seider, Tampa, for Appellee.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., MAKAR and SOUD, JJ., concur.